IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R&D FILM 1, LLC, | ) | CASE NO. 1:12-cv-9039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Joan H. Lefkow |
| | ) | |
| DOES 1-92, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2**

No publicly held entity owns more than 5% of the stock of R&D Film 1, LLC.

Respectfully submitted,

R&D FILM 1, LLC

DATED: November 14, 2012

By: /s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Phone: 312-604-2678
Fax: 312-604-2679
E-mail: mhierl@hsplegal.com
*Attorneys for Plaintiff*