IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R&D FILM 1, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 12-cv-9039 |
| | ) |
| v. | ) |
| | ) Judge Joan H. Lefkow |
| DOES 1 – 92, | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

PLEASE TAKE NOTICE that on Tuesday, December 4, 2012, at 8:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan H. Lefkow, in the courtroom usually occupied by her, Room 1925, in the United States District Courthouse at 219 South Dearborn Street, Chicago, IL and present the accompanying Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Respectfully submitted,

Dated: November 27, 2012          R&D FILM 1, LLC

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
R&D Film 1, LLC