## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

RD Film 1, LLC

                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:12–cv–09039
　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

Does 1–92

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2012:

     MINUTE entry before Honorable Joan H. Lefkow:Initial status hearing set for 12/11/2012 at 08:30 AM. in courtroom 1925.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.