# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

RD Film 1, LLC

                       Plaintiff,

v.                                             Case No.: 1:12–cv–09039
                                                 Honorable Joan H. Lefkow

Does 1–92

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's Motion for leave to take discovery [7] prior to Rule 26(f) conference is granted. The motion hearing scheduled for 12/4/12 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.