# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

RD Film 1, LLC

                Plaintiff,

v.                                            Case No.: 1:12–cv–09039

                                                      Honorable Joan H. Lefkow

Does 1–92

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:The Initial Status hearing set for Tuesday, 12/11/12 is stricken and reset to Tuesday, 1/8/2013 at 08:30 AM., in Courtroom 1925.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.